IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:21-cv-00669  , Case Name  Menders v Loudoun County School Board
Party Represented by Applicant: Plaintiffs

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Reilly Walsh Stephens
Bar Identification Number  MD does't provide    State  Maryland
Firm Name  Liberty Justice Center
Firm Phone #  312-637-2280    Direct Dial #  443-791-6801    FAX #  312-263-7702
E-Mail Address  rstephens@libertyjusticecenter.org
Office Mailing Address  208 South LaSalle Street, Suite 1690, Chicago, Illinois 60604

Name(s) of federal court(s) in which I have been admitted  District of Maryland; Third, Fourth, Ninth, and Tenth Circuits

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/Reilly Stephens
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                                     6/4/2021
                                                                (Date)
Jeffrey D. Jennings                                             87667
(Typed or Printed Name)                                         (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____


_____                         _____
(Judge's Signature)                              (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2021, a copy of the foregoing was sent via email and U.S. mail, postage prepaid to:

>Stephen L. DeVita
>Division Counsel
>Loudoun County Public Schools
>21000 Education Court
>Ashburn, Virginia 20148

DATED: June 4, 2021

/s/ Jeffrey D. Jennings
Jeffrey D. Jennings (VSB No. 87667)
Liberty Justice Center
208 South LaSalle Street, Suite 1690
Chicago, Illinois 60603
Telephone (312) 263-7668
Facsimile (312) 263-7702
jjennings@libertyjusticecenter.org

*Attorneys for Plaintiffs*