UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PATTI H. MENDERS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-669 (AJT/TCB) |
| ) | |
| LOUDOUN COUNTY SCHOOL BOARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>ORDER</u>**

This matter comes before the Court on Plaintiffs' Motion to Proceed Anonymously (Dkt. 7), Corrected Motion of Plaintiffs for Court to Judicially Notice Certain Facts in Support of Their Motion to Proceed Anonymously (Dkt. 11), and Unopposed Motion for a Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction, Motion to Proceed Anonymously, and Motions for the Court to Judicially Notice Certain Facts. (Dkt. 12.)

The Honorable District Judge Anthony J. Trenga granted Plaintiffs' unopposed motion for a briefing schedule as to Plaintiffs' motions pertaining to the preliminary injunction and set a hearing for Friday, July 30, 2021. (Dkt. 13.) It therefore remains necessary to set a briefing schedule and hearing date for Plaintiffs' motions pertaining to their request to proceed anonymously.

Accordingly, it is hereby

**ORDERED** that the Court **ADOPTS** Plaintiffs' proposed briefing schedule (*See* Dkt. 12); and it is further

**ORDERED** that a hearing on the Motion to Proceed Anonymously (Dkt. 7) and Corrected Motion of Plaintiffs for Court to Judicially Notice Certain Facts in Support of Their Motion to Proceed Anonymously (Dkt. 11) is **SCHEDULED** for Friday, July 30, 2021 at 9:30 a.m.

ENTERED this 30th day of June, 2021.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia