IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PATTI H. MENDERS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:21-cv-669 (AJT/TCB) |
| LOUDOUN COUNTY SCHOOL BOARD, | ) ) ) |
| Defendant. | ) ) |

On August 16, 2021, Defendant filed its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) [Doc. No. 25] (the "Motion"). On August 30, 2021, Plaintiff timely filed an Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) [Doc. No. 30], upon consideration of which it is hereby

ORDERED that the Motion [Doc. No. 25] be, and the same hereby is, DENIED as moot.

The Clerk is directed to forward copies of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 31, 2021