# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| PATTI H. MENDERS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:21-cv-669-AJT-TCB |
| LOUDOUN COUNTY SCHOOL BOARD, | ) |
| Defendant. | ) |

## MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendant Loudoun County School Board ("School Board"), by counsel and pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, moves for dismissal of Plaintiffs' First Amended Complaint for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted. The School Board relies on the accompanying memorandum in support of this motion.

WHEREFORE, Defendant Loudoun County School Board respectfully requests that the Court enter an Order dismissing Plaintiffs' First Amended Complaint with prejudice and granting it such further relief as the Court may deem appropriate.

Respectfully submitted,

LOUDOUN COUNTY SCHOOL BOARD

By Counsel

/s/ Andrew P. Selman
Stacy L. Haney, Esq. (VSB 71054)
Andrew P. Selman, Esq. (VSB 91060)
HANEY PHINYOWATTANACHIP PLLC
11 S. 12th Street, Suite 100B
Richmond, VA 23219
Tel:   (804) 500-0310
Fax:   (804) 500-0309
shaney@haneyphinyo.com
aselman@haneyphinyo.com

Counsel for Loudoun County School Board

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2021, I have electronically filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to counsel of record as follows:

Jeffrey D. Jennings
Daniel R. Suhr
Reilly Stephens
Liberty Justice Center
208 South LaSalle Street, Suite 1690
Chicago, IL 60603
Tel: (312) 263-7668
Fax: (312) 263-7702
jjennings@libertyjusticecenter.org
dsuhr@libertyjusticecenter.org
rstephens@libertyjusticecenter.org

/s/ Andrew P. Selman
Stacy L. Haney, Esq. (VSB 71054)
Andrew P. Selman, Esq. (VSB 91060)
HANEY PHINYOWATTANACHIP PLLC
11 S. 12th Street, Suite 100B
Richmond, VA 23219
Tel:   (804) 500-0310
Fax:   (804) 500-0309
shaney@haneyphinyo.com
aselman@haneyphinyo.com

Counsel for Loudoun County School Board