IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| PATTI H. MENDERS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:21-cv-669 (AJT/TCB) |
| | ) | |
| LOUDOUN COUNTY SCHOOL BOARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the Court is Plaintiffs' Unopposed Motion to Appear at Motion to Dismiss Hearing Virtually [Doc. No. 40] (the "Motion"). Upon consideration of the Motion, it is hereby

ORDERED that the Plaintiffs' Unopposed Motion to Appear at Motion to Dismiss Hearing Virtually [Doc. No. 40] be, and the same hereby is, DENIED, with leave to re-notice the hearing for a Wednesday motions day to be agreed upon by the parties.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 5, 2021