# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **11/10/2021**　　　　　　　　　　　　　Judge: **Trenga/(TCB)**
Time: **1:06 - 1:57**　　　　　　　　　　　　　Reporter: **R. Montgomery**

Civil Action Number: **1:21-cv-669**

**MENDERS, ET AL**

**V.**

**LOUDOUN COUNTY SCHOOL BOARD**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Daniel Suhr** *(pro hac vice)* <br> **Jeffrey Jennings** | **Stacy Haney** |

Motion to/for:
[37] Motion to Dismiss for Failure to State a Claim *and for Lack of Subject Matter Jurisdiction* by deft.

Argued and
(  ) Granted　　　　(  ) Denied　　　(  ) Granted in part/Denied in part
(**X**) Taken Under Advisement　　　　　(  ) Continued to

(**X**) Order to Follow