IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Patti Hidalgo Menders; Scott Mineo; and Jane Does #1, #2, and #3, on behalf of themselves and their minor children R.M.; A.M.; Jane Does #4, #5, and #6; and John Does #1 and #2.<br><br>Plaintiffs,<br><br>v.<br><br>Loudoun County School Board,<br><br>Defendant. | Case No. 1:21-cv-00669<br><br>MEMORANDUM IN SUPPORT OF JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER |

## MEMORANDUM IN SUPPORT OF
## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiffs Patti Menders, Scott Mineo, and Jane Doe #2, and Defendant Loudoun County School Board ("School Board"), by counsel, state as follows in support of their Joint Motion for Entry of Agreed Protective Order:

1. The parties anticipate that certain discovery materials to be exchanged in this case, including documents, interrogatory answers, deposition testimony and other discovery, will contain confidential non-public information of a personal or otherwise sensitive nature—including medical, tax, and personnel records—that qualifies for protection under Rule 26 of the Federal Rules of Civil Procedure. In addition, the identities of certain Plaintiffs in this matter are protected by an Order of this Court.

2. The parties agree that the confidentiality of such information should be protected.

3. The parties seek entry of a protective order to expedite the litigation, minimize any disputes over confidentiality, and adequately protect material the parties are willing to voluntarily produce but are entitled to keep confidential.

4. As a result, the parties have agreed to the proposed Agreed Protective Order, attached to the Joint Motion, and request the Court to enter it in this case.

WHEREFORE, based on the foregoing and the agreement of the parties, Plaintiff and Defendants jointly request that this Court grant the Joint Motion and enter the Agreed Protective Order attached thereto.

Date: January 19, 2022                                    Respectfully Submitted,

| | |
|---|---|
| /s/ Jeffrey D. Jennings | /s/ Andrew P. Selman |
| Jeffrey D. Jennings (VSB No. 87667) | Stacy L. Haney (VSB No. 71054) |
| Daniel R. Suhr (*Pro Hac Vice*) | Andrew P. Selman (VSB No. 91060) |
| Liberty Justice Center | Haney Phinyowattanachip PLLC |
| 141 W. Jackson St., Ste. 1065 | 11 S. 12th Street, Suite 100 B |
| Chicago, Illinois 60604 | Richmond, VA 23219 |
| Telephone (312) 263-7668 | Telephone (804) 500-0310 |
| Facsimile (312) 263-7702 | Facsimile (804) 500-0309 |
| jjennings@libertyjusticecenter.org | shaney@haneyphinyo.com |
| dsuhr@libertyjusticecenter.org | aselman@hanepyinyo.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2022, I filed the foregoing document with the Court's ECF system, which will automatically send a copy to all counsel of record.

/s/ Jeffrey D. Jennings
Jeffrey D. Jennings (VSB No. 87667)
Daniel R. Suhr (*Pro Hac Vice*)
Liberty Justice Center
141 W. Jackson St., Ste. 1065
Chicago, Illinois 60604
Telephone (312) 263-7668
Facsimile (312) 263-7702
jjennings@libertyjusticecenter.org
dsuhr@libertyjusticecenter.org

*Counsel for Plaintiffs*