# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| **Patti H Menders et al** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-00669-AJT-TCB |
| **Loundon County School Board** | ) |
| Defendant | ) |

## **JUDGMENT**

Pursuant to the Order of this Court entered on February 15, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant Loundon County School Board and against the Plaintiffs Patti Menders, Scott Mineo and Jane Doe #2.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
       Samantha Williams
       Deputy Clerk

Dated: 2/15/2022
Alexandria, Virginia