UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PATTI H. MENDERS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-669-AJT-TCB |
| ) | |
| LOUDOUN COUNTY SCHOOL BOARD, ) | |
| ) | |
| Defendant. ) | |

NOTICE DETAILING STATUS OF
LOUDOUN COUNTY SCHOOL BOARD'S BIAS REPORTING SYSTEM

Defendant Loudoun County School Board ("School Board"), by counsel, and in accordance with the Court's Order [Doc. No. 65] of June 7, 2023, provides notice of the status of the bias reporting system that is the subject of this lawsuit, and states as follows:

1. The Loudoun County Public Schools ("LCPS") bias reporting system was designed to identify issues and generate discussion points for "Share, Speak Up, Speak Out" meetings held with Student Equity Ambassadors.

2. The LCPS Office of Equity created a bias reporting form by which students could share their experiences regarding issues of racism, injustice, and inequity.

3. The LCPS bias reporting form was accessible through an online link, and the completed forms that students submitted were accessible to the LCPS Office of Equity.

4. LCPS principals received the link to the bias reporting form in spring of 2021.

5. During spring of 2021, the LCPS Office of Equity received approximately 52 completed bias reporting forms.

6. None of the bias reporting forms that students submitted in spring of 2021, resulted in any formal investigation or disciplinary action.

7. The LCPS Office of Equity determined that the bias reporting forms were not effective to identify issues and generate discussion points for "Share, Speak Up, Speak Out" meetings, because the submitted forms were either duplicative of issues already identified by the Office of Equity, contained information that was off topic, and/or contained insufficient detail to permit meaningful discussion.

8. The LCPS Office of Equity therefore discontinued all use of the bias reporting form in the summer of 2021.

9. The link to the bias reporting form was not disseminated again.

10. The LCPS Office of Equity did not replace the bias reporting form with any other reporting form—or any other mechanism—through which the Office of Equity solicited issues and discussion points from students for "Share, Speak Up, Speak Out" meetings.

11. LCPS has made no effort to reinstate or replace the bias reporting form with any other reporting form by which students could share their experiences for the purpose of identifying issues and generating discussion points for "Share, Speak Up, Speak Out" meetings held with Student Equity Ambassadors.

12. The Declaration of Lottie Spurlock, Director of Equity of the LCPS Office of Equity, is attached hereto as Exhibit A.


[signature block on following page]

Respectfully submitted,


*/s/ Stacy L. Haney*
Stacy L. Haney (VSB 71054)
R. Matthew Black (VSB 94663)
HANEY PHINYOWATTANACHIP PLLC
9201 Arboretum Pkwy, Suite 160
Richmond, Virginia 23236
Tel: (804) 500-0310
Fax: (804) 500-0309
shaney@haneyphinyo.com
mblack@haneyphinyo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2023, I have electronically filed the foregoing using the Court's CM/ECF system, which will automatically send email notification of such filing to counsel of record as follows:

>Jeffrey D. Jennings
>Daniel R. Suhr
>Reilly Stephens
>LIBERTY JUSTICE CENTER
>208 South LaSalle Street, Suite 1690
>Chicago, IL 60603
>Tel: (312) 263-7668
>Fax: (312) 263-7702
>jjennings@libertyjusticecenter.org
>dsuhr@libertyjusticecenter.org
>rstephens@libertyjusticecenter.org
>*Counsel for Plaintiffs*

>/s/ *Stacy L. Haney*
>Stacy L. Haney, Esq. (VSB 71054)
>R. Matthew Black, Esq. (VSB 94663)
>HANEY PHINYOWATTANACHIP PLLC
>9201 Arboretum Pkwy, Suite 160
>Richmond, VA 23236
>Tel: (804) 500-0301
>Fax: (804) 500-0309
>shaney@haneyphinyo.com
>mblack@haneyphinyo.com
>*Counsel for Loudoun County School Board*