IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Patti Hidalgo Menders, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> Loudoun County School Board, <br><br> Defendant. | Case No. 1:21-cv-00669 |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE CONCERNING WHAT ISSUES REMAIN TO BE DECIDED IN THIS CASE**

Plaintiffs note that Defendant's notice concerning its position on the issues that remain to be decided asks this Court to dismiss Plaintiff's claims for injunctive and declaratory relief as moot. *See* Dkt. No. 71, at 7. This request for dismissal is improper because Defendant has not filed a motion for such relief as Federal Rule of Civil Procedure 7(b)(1) requires ("A request for a court order must be made by motion."). Thus, if Defendant seeks dismissal on mootness grounds, then it must file a motion. In the alternative, if the Court deems Defendant's notice equivalent to a motion, Plaintiffs request a briefing schedule, with Plaintiffs' brief in opposition due July 28, 2023.

Dated: July 2, 2023

Respectfully Submitted,

/s/ Jeffrey D. Jennings
Jeffrey D. Jennings*
Virginia State Bar No. 87667

1

Liberty Justice Center
440 N Wells St Suite 200
Chicago, Illinois 60654
Telephone 312-637-2280
Facsimile (312) 263-7702
jjennings@libertyjusticecenter.org

*Licensed in Virginia and Texas only

*Attorney for Plaintiffs*