IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PATTI H. MENDERS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-669 (AJT/LRV) |
| ) | |
| LOUDOUN COUNTY SCHOOL BOARD, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**<u>ORDER</u>**

On June 7, 2023, the Court issued an Order directing the Parties to identify the issues left to be decided in this litigation. [Doc. No. 65]. The Parties have submitted the notices and the Court has considered the Parties' positions, upon the consideration of which it is hereby

ORDERED that the Parties submit any motions for summary judgment within fourteen days of the date of this Order with Oppositions and Replies filed in accordance with the applicable rules, giving particular attention to *Abbot v. Pastides*, 900 F.3d 160 (4th Cir. 2018) and *Reyes v. City of Lynchburg*, 300 F.3d 449 (4th Cir. 2002), and it is further

ORDERED that a hearing on any motions for summary judgment will be held on August 16, 2023 at 10:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Anthony J. Trenga
Senior U.S. District Judge

July 3, 2023
Alexandria, Virginia