IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Patti Hidalgo Menders, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>Loudoun County School Board,<br><br>Defendant. | Case No. 1:21-cv-00669 |

**AGREED MOTION TO MODIFY SUMMARY JUDGMEMT DEADLINES**

The parties jointly request that the Court extend the deadline for filing motions for summary judgment to July 31, 2023, and reschedule the hearing date for such motions to September 6, 2023. The parties offer their grounds in support in their accompanying memorandum.

Given that this an agreed motion filed jointly by the parties, they also waive a hearing on this motion. A proposed order is attached to this motion.

Dated: July 6, 2023

Respectfully Submitted,

/s/ Jeffrey D. Jennings
Jeffrey D. Jennings*
Virginia State Bar No. 87667
Emily Rae**
California State Bar No. 308010 (pro hac vice application forthcoming)
Liberty Justice Center
440 N Wells St Suite 200
Chicago, Illinois 60654

1

Telephone 312-637-2280
Facsimile (312) 263-7702
jjennings@libertyjusticecenter.org

*Licensed in Virginia and Texas only
**Licensed in California and Texas only

*Attorney for Plaintiffs*

/s/ Stacy L. Haney
Stacy L. Haney, Esq. (VSB 71054)
R. Matthew Black, Esq. (VSB 94663)
HANEY PHINYOWATTANACHIP PLLC
11 S. 12th Street, Suite 300C
Richmond, VA 23219
Tel: (804) 500-0301
Fax: (804) 500-0309
shaney@haneyphinyo.com
mblack@haneyphinyo.com

*Attorneys for Defendant*